UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NELSON CARVAJAL,

                  Plaintiff,

     -against-

TAZA PRODUCE, INC., D/B/A TAZA PRODUCE, AND JOHN DOE AKA "EL SEMENTAL"

                  Defendants.

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P RULE 68**

1:23-cv-03522-PKC-JAM

-----------------------------------------------------------X

       Plaintiffs NELSON CARVAJAL ("Plaintiff"), by and through undersigned counsel, hereby notify the Court that on November 21, 2023, said Plaintiff accepted Defendant's Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"). Annexed hereto are copies of, respectively, a. said Offer of Judgment; b. Plaintiff's acceptance of said Offer of Judgment; c. Proof of Service of said Acceptance; and d. a Proposed Judgment.

Dated: November 25, 2023

                                                                    Heriberto A. Cabrera, Esq
                                                                  Heriberto Cabrera & Associates
                                                                  480 39th Street, 2nd Floor
                                                                  Brooklyn, NY 11232
                                                                  (718) 439-3600
                                                                  Attorney for Plaintiff