UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NELSON CARVAJAL,

                Plaintiff,

-against-

TAZA PRODUCE, INC., D/B/A TAZA PRODUCE, AND JOHN DOE AKA "EL SEMENTAL"

                Defendants.

JUDGMENT
1:23-cv-03522-PKC-JAM

-------------------------------------------------------------------X

    WHEREAS on or about November 21, 2023, Defendants TAZA PRODUCE, INC., D/B/A TAZA PRODUCE, and JOHN DOE AKA "EL SEMENTAL" extended to Plaintiff NELSON CARVAJAL an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), and whereas said Plaintiff accepted said offer on or about November 21, 2023

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00)

Dated: Brooklyn, New York
         November 28, 2023

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
        Deputy Clerk